835-15

# ELECTRONIC RECORD

COA #  02-13-00364-CR  OFFENSE:  22.01

STYLE:  Everett Jesse Sullens v. The State of Texas  COUNTY:  Tarrant

COA DISPOSITION:  AFFIRM  TRIAL COURT:  Criminal District Court No. 2

DATE: 06/04/15  Publish: NO  TC CASE #:  1303012D

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Everett Jesse Sullens v. The State of Texas  CCA #:  835-15

*APPELLANT'S*  Petition  CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:  DATE: _____

*REFUSED*  JUDGE: _____

DATE: *09/16/2015*  SIGNED: _____  PC: _____

JUDGE: *Per Curiam*  PUBLISH: _____  DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**